IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

RE:   Tekesha Jones and Marlando Collins, debtors  CASE NO.: 4:09-bk-12976
CHAPTER 13

### MOTION TO BE RELIEVED

Comes Clarence W. Cash and for his motion to be relieved states as follows:

1. Debtors advise attorney of displeasure in wage withholding for payment of Chapter 13 plan payment.

2. Debtors advise attorney that they would like to retain other counsel for remainder of case.

Wherefore Clarence W. Cash prays to be relieved as attorney for debtor herein.

/s/CLARENCE W. CASH
Attorney for the Debtor
424 West 4th Street, Suite B
North Little Rock, AR 72201
(501) 371-9114

### CERTIFICATE OF MAILING

I, the undersigned, hereby certify that a copy of the foregoing Motion has been mailed to:

Joyce Bradley Babin
US Bankruptcy Trustee
(via electronic mail)

DATE: May 14, 2009                                        /s/CLARENCE W. CASH